Ellen Carey, as Administratrix, etc., of William Carey, Deceased, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Fred Gardisky, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Order affirmed, with costs. All concurred.

Frank P. MacGrady, as Administrator, etc., of Josephine MacGrady, Deceased, Respondent, v. Albert M. Zimbrich, Appellant.— Judgment and order affirmed, with costs. All concurred.

G. Antonio Rienzo, as Administrator, etc., of Alfonso Rienzo, Deceased, Appellant, v. William J. Cramond and Others, Respondents.— Judgments and order affirmed, with costs. All concurred.

Nicola Rullo, an Infant, by Joseph Barry, his Guardian ad Litem, Respondent, v. The Lane-Hennessey Contracting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry F. Fullerton, Respondent, v. Auto Car Equipment Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that the plaintiff's assignor was not the procuring cause of the sale of the automobile by the defendant and that there was no consideration for the alleged promise by the defendant to pay the plaintiff's assignor without his performing any service whatever.

John H. Weldon, Respondent, v. Thomas Crimmins Contracting Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles Guernsey and Others, Appellants, v. Edward W. Dexter and Elizabeth Dexter, Respondents.— Interlocutory judgment reversed, with costs, and demurrer overruled, with costs, with leave to the defendants to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. Held, that the other tenants in common are not necessary parties plaintiff. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Barbara Holloway, Respondent, v. James N. Lund, Appellant.— Judgment and order affirmed, with costs. All concurred.